ESTILL *versus* SHELLEY.

Where, in a declaration, in trespass *vi et armis*, the time of committing the trespass was left blank, held, that the defect was one, cured by the statute of amendments, and not available on demurrer.

This action was trespass, *vi et armis*, for carrying away a slave; brought by Estill, in the Circuit Court of Shelby. There was a demurrer to the declaration; and the defect complained of, was, that the time of committing the alleged trespass, was left blank in the declaration. The Court sustained the demurrer, and the plaintiff took his writ of error to this Court.

PECK, for Plaintiff—SHORTRIDGE, *contra.*

By Mr. Justice HITCHCOCK:

This is an action of trespass, *vi et armis*, for taking and carrying off a slave, the property of the plaintiff. The declaration is in the common form, but

the blanks, as to the time of committtng of the alleged trespass, are not filled up; for this, there is a general demurrer.    This defect is cured by the statute of amendments, which considers all such defects ▪Aik. Dig.266. as amended.[a]

The judgment must, therefore, be reversed, and the cause remanded.